IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANDREW ROMEO JOHNSON,

    Plaintiff,

v.                                    CASE NO. 4:13cv321-RH/CAS

WARDEN MERCER,
SECRETARY CREWS,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 7, and the objections, ECF No. 8. I have reviewed *de novo* the issues raised by the objections.

As noted in the report and recommendation, the plaintiff has at least three "strikes" under 28 U.S.C. § 1915(g). The objections do not—and could not reasonably—deny this. A plaintiff with three strikes must pay the filing fee—the plaintiff cannot proceed *in forma pauperis*—unless the plaintiff is in "imminent danger of serious physical injury." *Id*.

The plaintiff has not paid the filing fee.  He says he can proceed *in forma pauperis* because he is in imminent danger of serious physical injury from inhaling second-hand smoke.  Second-hand smoke does pose a risk of serious physical injury, but the risk is not sufficiently imminent to qualify under § 1915(g).  The plaintiff therefore cannot proceed *in forma pauperis*.  Accordingly,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  The clerk must enter judgment stating, "The complaint is dismissed without prejudice."  The clerk must close the file.

SO ORDERED on August 28, 2013.

                                    s/Robert L. Hinkle
                                    United States District Judge